949 A.2d 846

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PAUL
J. KUCHERA, SR., DEFENDANT–PETITIONER.

April 11, 2008.

Granted.